UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

                    v.                    Criminal No. 08-cr-21-01-JD

Paul Branyan

O R D E R

     The assented to motion to reschedule jury trial (document no.
9) filed by defendant is granted.

     Defendant shall file a waiver of speedy trial rights within 10
days.  The court finds that the ends of justice served by granting
a continuance outweigh the best interest of the public and the
defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the
reasons set forth in the motion.

     SO ORDERED.

                                   /s/ Joseph A. DiClerico, Jr.
                                   Joseph A. DiClerico, Jr.
                                   United States District Judge

Date: May 14, 2008

cc:  Jessica Brown, Esq.
     Helen Fitzgibbon, Esq.
     U.S. Marshal
     U.S. Probation